United States District Court
Southern District of Texas
**ENTERED**
May 01, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **KARELL ORTEGA GARCIA, by Next Friend Yunior Miguel Viltres Vazquez,** | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-00763** |
| | § | |
| **ALEJANDRO MAYORKAS, ET AL.,** | § | |
| **Respondent.** | § | |

## ORDER

Before the Court is a pro se Petition for Writ of Habeas Corpus (28 U.S.C. § 2241), (Dkt. No. 1), signed by Yunior Miguel Viltres Vazquez, on behalf of immigrant detainee Karell Ortega Garcia.

In order for someone who is not a lawyer to file a habeas petition on behalf of a detained person, the non-lawyer, referred to as a "next friend," must meet certain requirements. Attached is a form that Petitioner, or the person filing the petition on behalf of Petitioner, must fill out. The Court will use the information provided in the form to decide whether those requirements have been met.

If the Court does not receive a copy of the completed form, or a request for an extension, by **May 7, 2026**, the Court **may dismiss** the petition because it does not have enough information to proceed.

The Clerk of Court is **DIRECTED** to mail a copy of this Order and its attachment, by regular mail and any receipted means, to the following parties at the listed addresses:

- Karell Ortega Garcia, Rio Grande Detention Center, 1001 San Rio Blvd., Laredo, TX 78046.
- Yunior Miguel Viltres Vazquez, 10301 SW 35TH Street, Miami, FL 33165-3811.

It is so **ORDERED**.

**SIGNED** on April 30, 2026.

John A. Kazen
United States District Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **KARELL ORTEGA GARCIA, by Next Friend Yunior Miguel Viltres Vazquez,** | § | |
| **Petitioner,** | § | |
| | § | |
| **V.** | § | **CIVIL ACTION NO. 5:26-CV-00763** |
| | § | |
| **ALEJANDRO MAYORKAS, ET AL.,** | § | |
| **Respondent.** | § | |

**Questionnaire for Next of Friend Filing Petition for Writ of Habeas Corpus:**

**Instructions:**

The Next Friend or Petitioner must complete and sign this form. The Court requires this information to decide the case, and it will be used only for that purpose. "Petitioner" means the person being detained in this matter.

The completed form **must be e-mailed** to the Court at the following email address: **Jessica_Rodriguez@txs.uscourts.gov and sent via mail** to the following address:

Clerk of Court
1300 Victoria Street, Suite 1131
Laredo, TX 78040

Please call (956) 790-1757 if you have any questions or difficulties completing the form.

**Personal Information About Next Friend**

1. Name (First and Last): ______________________________

2. Phone Number: ______________________________

3. E-Mail Address: ______________________________

4. Mailing Address:
______________________________
______________________________
______________________________

5. Full Name of Person for Whom You are Filing this Petition:

______________________________________________

6. What is your relationship, if any, to the Petitioner?
(E.g., mother, father, brother, wife):

______________________________________________

7. How long have you known the Petitioner?

______________________________________________

8. How much contact have you had with the Petitioner?

______________________________________________

9. Is the Petitioner aware that you are filing this Petition on their behalf?
Circle: YES or NO

If NO, explain why you are filing this Petition on their behalf:

______________________________________________

______________________________________________

______________________________________________

10. Please explain the reason, if any, that the Petitioner is unable to file this Petition on their own behalf.

(For example, they do not speak English, lack of resources, mental incompetence, disability, or any other reason that may prevent them for filing the petition themselves)

______________________________________________

______________________________________________

______________________________________________

**DECLARATION:** I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of Petitioner's claims.

______________________ ______________________
Printed Name Signature

Date: ______________________